Decided October 22, 1904.

PER CURIAM.—Relator's application for a writ of injunction herein is hereby denied.

*Mr. B. S. Thresher, Mr. C. F. Kelley,* and *Mr. Peter Breen,* for Relator.

---

No. 1,980.—ALEX. MACKEL, TRUSTEE, APPELLANT, *v.* HENRY R. BARTLETT, RESPONDENT.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

On motion to dismiss appeal.

Decided November 23, 1904.

PER CURIAM.—Upon motion of the respondent herein this appeal is hereby dismissed.

*Mr. Peter Breen,* and *Mr. John A. Shelton,* for Appellant.

*Mr. John J. McHatton,* for Respondent.

---

No. 2,122.—HENNESSY MERCANTIE CO., RESPONDENT, *v.* J. KALOUSEK ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided December 1, 1904.

PER CURIAM.—Upon motion of respondent herein this appeal is dismissed.

*Mr. C. M. Parr,* for Appellant.

*Mr. M. J. Cavanaugh,* for Respondent.

———————

No. 2,100.—THOMAS C. RICHARDS, RESPONDENT, *v.* GEORGE JONES, APPELLANT.

*Appeal from District Court, Choteau County; John W. Tattan, Judge.*

On motion to dismiss appeal.

Decided December 6, 1904.

PER CURIAM.—Upon motion of the appellant herein this appeal is dismissed.

*Messrs. Walsh & Newman,* for Appellant.

———————

No. 2,067.—EDWARD H. LOVE, APPELLANT, *v.* ANNIE FLAHIVE ET AL., RESPONDENTS.

*Appeal from District Court, Missoula County; F. C. Webster, Judge.*

On motion to dismiss appeal.

Decided December 6, 1904.

PER CURIAM.—Upon motion of the appellant the appeal herein is dismissed without prejudice.